**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Western__ District of __Missouri__
(State)

Case number (If known): _____ Chapter __9__

☐ Check if this is an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**  Lake Lotawana Community Improvement District

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)  5 6 – 2 5 8 0 1 0 7

4. **Debtor's address**

   **Principal place of business**
   27901  East Foxberry Trail
   Number    Street

   Lee's Summit    MO    64086
   City    State    ZIP Code

   Jackson
   County

   **Mailing address, if different from principal place of business**
   Number    Street

   P.O. Box

   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**
   Number    Street

   City    State    ZIP Code

5. **Debtor's website** (URL)

6. **Type of debtor**
   ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☑ Other. Specify:  Community Improvement District

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor  Lake Lotawana Community Improvement District     Case number (*if known*)_____
      *Name*

7. **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
    ☐ Railroad (as defined in 11 U.S.C. § 101(44))
    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
    ☑ None of the above

    B. *Check all that apply:*

    ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
    ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .
    9 2 1 1

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

    *Check one:*

    ☐ Chapter 7
    ☑ Chapter 9
    ☐ Chapter 11. *Check all that apply*:

        ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

    If more than 2 cases, attach a separate list.

    ☐ No
    ☑ Yes.  District  WDMO    When  08/27/10    Case number  10-44629
                                                             MM / DD / YYYY

             District _____  When _____  Case number _____
                                                 MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes.  Debtor _____    Relationship _____
           District _____    When _____
                                                      MM / DD / YYYY
           Case number, if known _____

Debtor  Lake Lotawana Community Improvement District                    Case number (*if known*)_____
        Name

**11. Why is the case filed in *this district*?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? _____
                        Number      Street

_____
City                                State       ZIP Code

Is the property insured?
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99          ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199        ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

---

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy            page 3

Debtor  Lake Lotawana Community Improvement District          Case number (if known) _____
       Name

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** — Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8-24-2016
            MM / DD / YYYY

X /s/ Julie Jackson
Signature of authorized representative of debtor

Julie Jackson
Printed name

Title  President

**18. Signature of attorney**

X /s/ Andrew J. Nazar
Signature of attorney for debtor

Date  08/26/2016
      MM / DD / YYYY

Andrew J. Nazar
Printed name

Polsinelli PC
Firm name

900    West 48th Street, Suite 900
Number   Street

Kansas City                              MO      64112
City                                     State   ZIP Code

(816)753-1000                            anazar@polsinelli.com
Contact phone                            Email address

57928                                    MO
Bar number                               State

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 4

RESOLUTION NO. 2016-01

**LAKE LOTAWANA COMMUNITY IMPROVEMENT DISTRICT**

**RESOLUTION OF THE LAKE LOTAWANA COMMUNITY IMPROVEMENT DISTRICT (THE "CID") AUTHORIZING THE CID TO FILE OR CAUSE TO BE FILED VOLUNTARY PETITIONS FOR RELIEF UNDER THE PROVISIONS OF CHAPTER 9 OF TITLE 11 OF THE UNITED STATES CODE.**

The undersigned, being the President of the Board of the **Lake Lotawana Community Improvement District** (the "**CID**"), a public body created under the authority of the Missouri Community Improvement District Act, R.S.Mo. § 67.1401, *et seq*., as amended, certifies that the following resolutions were duly adopted in accordance with the petition for the creation of the CID, as amended, and by-laws of the CID, as amended, by the unanimous written consent of the Board of the CID (the "**Board**") on August 26, 2016, and that the same have not been modified or rescinded and are in full force and effect:

WHEREAS, the Board reviewed the materials presented by the management and legal advisers of the CID regarding the liabilities and liquidity situation of the CID, the strategic alternatives available to the CID, and the impact of the foregoing on the CID's continued operations; and

WHEREAS, the Board has had the opportunity to consult among itself and with its advisors, the management and legal advisers of the CID and fully consider each of the strategic alternatives available to the CID;

NOW THEREFORE BE IT RESOLVED that in the judgment of the Board, pursuant to authority granted to under R.S.Mo. § 427.100, it is desirable and in the best interests of the CID, and other parties in interest, that the CID file or cause to be filed voluntary petitions for relief under the provisions of Chapter 9 of Title 11 of the United States Code;

RESOLVED that the President, and such other officers as may be designated by the President (collectively, the "**Authorized Officers**"), acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered to execute and file on behalf of the CID all petitions, schedules, lists and other papers or documents, and to take any and all action that they deem necessary or proper to obtain such relief;

RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to continue to employ the law firm of Polsinelli PC as counsel to represent and assist the CID in carrying out its duties under Title 11 of the United States Code, and to take any and all actions to advance the CID's rights and obligations, including filing any pleadings; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the Chapter 9 case, and to cause to be filed an appropriate application for authority to retain the services of Polsinelli PC;

53987968.2

RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to employ any other professionals to assist the CID in carrying out its duties under title 11 of the United States Code; and in connection therewith, each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 9 case and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

RESOLVED that each of the Authorized Officers, acting alone or with one or more other Authorized Officers, be, and hereby is, authorized and empowered for, in the name of and on behalf of the CID to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver, and file any and all such instruments as each, in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

RESOLVED that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of and on behalf of the CID, which acts would have been approved by the foregoing resolutions except that such acts were taken before these resolutions were certified, are hereby in all respects approved and ratified.

IN WITNESS WHEREOF the undersigned has executed this certificate on this 26th day of August, 2016.

_____
Julie Jackson, President

2

53987968.2

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Lake Lotawana Community Improvement District |
| United States Bankruptcy Court for the: | Western District of MO (State) |
| Case number (If known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Stern Brothers Valuation Advisors | John C. Korschot 1044 Main Street, Suite 501 Kansas City, MO 64105 | professional services | | | | $5,400.00 |
| 2 | Collins & Jones, P.C. | Eric W. Collins 1010 W. Foxwood Drive Raymore, MO 64083 | professional services | | | | $4,250.00 |
| 3 | Tammy & Jim Services, LLC | 853 NW 1661 Road Bates City, MO  64011 | wastewater management | | | | $2,179.50 |
| 4 | Shaffer Lombardo Shurin | Leland M. Shurin 2001 Wyandotte Street Kansas City, MO 64108 | professional services | | | | $2,087.25 |
| 5 | KCP&L | P.O. Box 219703 Kansas City, MO 64121 | utilities | | | | $1,657.87 |
| 6 | Wells Fargo Bank | WF 8113 P.O. Box 1450 Minneapolis, MN 55485 | professional services | disputed | | | $1,039.50 |
| 7 | City of Lake Lotawana | 100 Lake Lotawana Road Lake Lotawana, MO 64086 | utilities | | | | $540.00 |
| 8 | Big Creek Outdoors | P.O. Box 2401 Lee's Summit, MO  64063 | lawn mowing | | | | $340.00 |

Official Form 204        Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        page 1

Debtor  <u>Lake Lotawana Community Improvement District</u>  Case number *(if known)*_____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Public Water Supply District #15 | 13213 Lone Jack Lee's Summit, MO 64086 | utilities | | | | $101.01 |
| 10 | MFA Oil Company | P.O. Box 843784 Kansas City, MO 64184 | utilities | | | | Unknown |
| 11 | Sowers, Larry D. | 4747 W. 135th Street, Suite 2 Leawood, KS 66224 | professional services | | | | Unknown |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204   **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**   page 2

```
                                       Matrix.txt
Big Creek Outdoors
P.O. Box 2401
Lee's Summit,   MO   64063

City of Lake Lotawana
100 Lake Lotawana Road
Lake Lotawana, MO   64086

Collins & Jones, P.C.
1010 W. Foxwood Drive
Raymore, MO   64083

KCP&L
P.O. Box 219703
Kansas City, MO   64121

MFA Oil Company
P.O. Box 843784
Kansas City, MO   64184

MI Bondholder, LLC
5200 West 94th Terrace
Suite 206
Prairie Village, KS   66207

Public Water Supply District #15
13213 Lone Jack
Lee's Summit, MO   64086

Shaffer Lombardo Shurin
2001 Wyandotte Street
Kansas City, MO   64108

Sowers, Larry D.
4747 W. 135th Street
Suite 2
Leawood, KS   66224

Stern Brothers Valuation Advisors
1044 Main Street
Suite 501
Kansas City, MO   64105

Tammy & Jim Services, LLC
853 NW 1661 Road
Bates City, MO   64011

Wells Fargo Bank
WF 8113
P.O. Box 1450
Minneapolis, MN   55485
```

Fill in this information to identify the case and this filing:

Debtor Name: Lake Lotawana Community Improvement District
United States Bankruptcy Court for the: Western District of MO (State)
Case number (if known): _____

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
- ☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
- ☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
- ☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
- ☐ Schedule H: Codebtors (Official Form 206H)
- ☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
- ☐ Amended Schedule ____
- ☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
- ☒ Other document that requires a declaration  Creditor Matrix

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 8-26-2016
MM / DD / YYYY

X _____
Signature of individual signing on behalf of debtor

Julie Jackson
Printed name

President
Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors